IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAUDIA SAINZ,  )
)  2:10-cv-01219-GEB-EFB
         Plaintiff,  )
)
    v.  )  ORDER TO SHOW CAUSE
)  AND CONTINUING STATUS
WELLS FARGO BANK NA; AMERICAN  )  (PRETRIAL SCHEDULING)
SERVICING COMPANY; HSBC  )  CONFERENCE
FINANCIAL AS TRUSTEE FOR NOMURA  )
ASSET ACCEPTANCE CORPORATION;  )
and DOES 1-10, inclusive,  )
)
         Defendants.  )
_____  )

         The May 15, 2010, Order Setting Status (Pretrial Scheduling) Conference scheduled a status conference in this case for September 20, 2010, and required the parties to file a joint status report no later than fourteen days prior to the scheduling conference. No joint status report was filed as ordered.

         The parties are Ordered to Show Cause ("OSC") in a writing to be filed no later than 4:00 p.m. on October 18, 2010, why sanctions should not be imposed against them and/or their counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. The written responses shall also state whether the parties or their counsel are at fault, and whether a hearing is requested on the OSC. If a hearing is requested, it will be held on November 1, 2010, at 9:00 a.m., just prior to the status conference,

1 | which is rescheduled to that date and time.  A joint status report shall
2 | be filed no later than fourteen days prior to the status conference.
3 |         IT IS SO ORDERED.
4 | Dated:  September 13, 2010

```
                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge
```