IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CLAUDIA SAINZ,                      )
                                    )   2:10-cv-1219-GEB-EFB
          Plaintiff,                )
                                    )
     v.                             )   ORDER DISMISSING PLAINTIFF'S
                                    )   FEDERAL CLAIMS AND DECLINING
WELLS FARGO BANK, N.A., AMERICAN    )   SUPPLEMENTAL JURISDICTION
SERVICING COMPANY, HSBC             )   OVER STATE CLAIMS*
FINANCIAL, as Trustee for NOMURA    )
ASSET ACCEPTANCE CORPORATION,       )
and DOES 1-10, inclusive,           )
                                    )
          Defendants.               )
_____    )
```

On August 24, 2010, Defendants filed a motion in which they seek dismissal of Plaintiff's First Amended Complaint. (ECF No. 10.) Plaintiff failed to file an opposition or statement of non-opposition to that motion as required by Local Rule 230(c). The motion was submitted without oral argument on September 22, 2010. (ECF No. 12.) Five days after the motion was submitted, Plaintiff filed an unauthorized Second Amended Complaint, which is stricken.

This case was removed to federal court based on Plaintiff's conclusory reference to federal statutes in her original Complaint. Subsequent to removal, Defendants filed a motion to dismiss Plaintiff's original Complaint which Plaintiff did not oppose, but instead filed an

---

\* This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

1  unauthorized First Amended Complaint. An Order issued on August 6, 2010
2  in which the Court explained why Plaintiff lacked authority to file her
3  First Amended Complaint, but the Order nevertheless authorized the
4  filing "for the sake of efficiency." (ECF No. 9.)

5  Plaintiff alleges in her First Amended Complaint, in a
6  conclusory manner, violation of two federal statutes: the Federal Fair
7  Debt Collection Act and the Real Estate Settlement Procedures Act. (ECF
8  No. 8.) Plaintiff also alleges several state claims. Id. Plaintiff's
9  conclusory federal claims lack sufficient factual allegations to state
10 plausible claims. al-Kidd v. Ashcroft, 580 F.3d 949, 956 (9th Cir. 2009)
11 (stating to avoid dismissal a plausible claim must be alleged). Since
12 Plaintiff has been given notice in Defendants' dismissal motions of the
13 factual insufficiency of these claims, should know that she is required
14 to allege plausible claims, and has not shown in her stricken Second
15 Amended Complaint that she is capable of alleging the above referenced
16 federal claims as plausible claims, these federal claims are dismissed
17 with prejudice.

18 Further, the Court will not continue exercising supplemental
19 jurisdiction over Plaintiff's remaining state claims. See Acri v. Varian
20 Associates, Inc., 114 F.3d 999, 1001 (9th Cir. 1997)(en banc).
21 Therefore, the Order to Show Cause filed on September 14, 2010, is
22 withdrawn, and Plaintiff's state claims are dismissed without prejudice
23 under 28 U.S.C. § 1367(c)(3). This action shall be closed.

Dated: September 28, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2