```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


CLAUDIA SAINZ,                          )
                                        )   2:10-cv-01219-GEB-EFB
               Plaintiff,               )
                                        )
          v.                            )   RELATED CASE ORDER
                                        )
WELLS FARGO BANK, NA; AMERICAN          )
SERVICING COMPANY; HSBC                 )
FINANCIAL, as Trustee for NOMURA        )
ASSET ACCEPTANCE CORPORATION;           )
and DOES 1-10, inclusive,               )
                                        )
               Defendants.              )
_____)
CLAUDIA SAINZ,                          )
                                        )   2:10-cv-02704-JAM-GGH
               Plaintiff,               )
                                        )
          v.                            )
                                        )
WELLS FARGO BANK, NA; AMERICAN          )
SERVICING COMPANY; HSBC                 )
FINANCIAL, as Trustee for NOMURA        )
ASSET ACCEPTANCE CORPORATION;           )
and DOES 1-10, inclusive,               )
                                        )
               Defendants.              )
_____)
```

Defendants filed a "Notice of Related Case" in which they state:

> Pursuant to Eastern District Local Rule 123, Defendants . . . provide notice that the instant action is related to the following action recently filed with this Court:
>
> <u>Claudia Sainz v. Wells Fargo Bank, NA, American Servicing Company, HSBC Financial as Trustee for Nomura Asset Acceptance Corporation, and Does 1-10 inclusive</u>, pending before this court as Case No. 2:10-CV-02704.

1

> The claims in each action are the same claims and they arise from the same transaction.

(ECF No. 16, 1:20-1:27.)

Examination of the above-entitled actions reveals that the cases are related within the meaning of Local Rule 123(a).

Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Therefore, action 2:10-cv-02704-JAM-GGH is reassigned to Judge Garland E. Burrell, Jr., and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in the reassigned case are VACATED. Henceforth the caption on documents filed in the reassigned case shall show the initials "GEB-EFB."

The Clerk of Court shall an issue an Order Setting Status (PreTrial Scheduling) Conference before the undersigned judge in the reassigned case.

Further, the Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: January 26, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2